**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| GARY M. SCHLEHUBER | § | Case Number: 17-81020 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __January 11__, 2018, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Dave Davitt
4023 Charles Street
Rockford, IL 61108

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

                                                  __/s/ Marti Maravich__


Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

AAdvantage
Card Services
PO Box 60517
City of Industry, CA 91716-0517

Aspen Counseling & Consulting
1021 N. Mulford Rd.
Rockford, IL 61107-3877

Cardmember Service
PO Box 1423
Charlotte, NC 28201-1423

Cenlar
PO Box 77404
Trenton, NJ 08628-6404

Chase
PO Box 9001871
Louisville, KY 40290-1871

Discover Card
PO Box 6103
Carol Stream, IL 60197-6103

Ditech Financial LLC
PO Box 6172
Rapid City, SD 57709-6172

Ditech Financial, LLC
c/o MRLP, LLC
1 N. Dearborn, Suite 1200
Chicago, IL 60602-4337

Genoa, Qol Healthcare Co
PO Box 77030
Minneapolis, MN 55480-7730

CITIBANK
PO BOX 790034
ST LOUIS, MO 63179-0034

Illinois Bank & Trust
PO Box 360
Dubuque, IA 52004-0360

Illinois Bank & Trust Company
6855 E. Riverside Blvd.
Rockford, IL 61114-4429

Jf Heckinger
401 W. State St.
Rockford, IL 61101-1248

Kohls Payment Center
PO Box 2983
Milwaukee, WI 53201-2983

LTD Acquisitions, LLC
c/o Blitt and Gaines, PC
661 Glenn Avenue
Wheeling, IL 60090-6017

Lois Schlehuber
5862 GABLES DR
Loves Park, IL 61111-6985

Lowes/Synchrony Bank
PO Box 530914
Atlanta, GA 30353-0914

Nancy J. Harvey
6053 Briar Patch Lane
Loves Park, IL 61111-3449

PNC Mortgage
PO Box 1820
Dayton, OH 45401-1820

River Valley Bank
327 N. 17th Ave.
Wausau, WI 54401-4285

Rosecrance, Inc.
PO Box 71662
Chicago, IL 60694-1662

Swedish American Hospital
P.O. Box 310283
Des Moines, IA 50331-0283

Swedish American Medical Group
PO Box 1567
Rockford, IL 61110-0067

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Gary M. Schlehuber
2713 Colorado Avenue
Rockford, IL 61109

Home Depot Credit Services
P:O Box 78011
Phoenix, AZ 85062-8011