**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SCHLEHUBER, GARY M.    § Case No. 17-81020
                              §
                              §
Debtor(s)                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $745,515.00          Assets Exempt: $314,948.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $52,418.23     Claims Discharged
                                                Without Payment: $49,653.75

Total Expenses of Administration: $11,592.67

---

   3) Total gross receipts of $ 64,010.90 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $64,010.90 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 4,545.00 | 11,592.67 | 11,592.67 | 11,592.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 102,071.98 | 102,071.98 | 52,418.23 |
| **TOTAL DISBURSEMENTS** | $4,545.00 | $113,664.65 | $113,664.65 | $64,010.90 |

4) This case was originally filed under Chapter 7 on April 28, 2017. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/14/2018        By: /s/JOSEPH D. OLSEN
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 6053 Briar Patch Ln., IL 61111-0000, Cy County | 1110-000 | 12,500.00 |
| Jackson Annuity proceeeds | 1229-000 | 51,510.90 |
| **TOTAL GROSS RECEIPTS** | | **$64,010.90** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 6,450.55 | 6,450.55 | 6,450.55 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 131.13 | 131.13 | 131.13 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 3,920.00 | 3,920.00 | 3,920.00 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Craig A Willette | 3110-000 | N/A | 625.00 | 625.00 | 625.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.33 | 54.33 | 54.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.41 | 81.41 | 81.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.42 | 71.42 | 71.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 78.71 | 78.71 | 78.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 91.65 | 91.65 | 91.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 88.47 | 88.47 | 88.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,592.67 | $11,592.67 | $11,592.67 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Lois Lutz | 7100-000 | N/A | 60,000.00 | 60,000.00 | 30,812.51 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 1,967.86 | 1,967.86 | 1,010.58 |
| 3 | Discover Bank | 7100-000 | N/A | 495.01 | 495.01 | 254.21 |
| 4 | Capital One, N.A. | 7100-000 | N/A | 609.11 | 609.11 | 312.80 |
| 5 -2 | Attorney J.F. Heckinger | 7100-000 | N/A | 39,000.00 | 39,000.00 | 20,028.13 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $102,071.98 | $102,071.98 | $52,418.23 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-81020  
**Case Name:** SCHLEHUBER, GARY M.  

**Period Ending:** 03/14/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/28/17 (f)  
**§341(a) Meeting Date:** 06/15/17  
**Claims Bar Date:** 11/02/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6053 Briar Patch Ln., IL 61111-0000, Cy County | 190,000.00 | 9,982.00 | | 12,500.00 | FA |
| 2 | 706 N. Central Ave., Rockford, IL 61101-0000, Wi | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 3 | 714 N. Central Ave., Rockford, IL 61101-0000, Wi | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 4 | 720 Alliance Ave., Rockford, IL 61101-0000, Winn | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 5 | 2325 Blaisdell St., Rockford, IL 61101-0000, Win | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 6 | 1611 Andrews Ave., Rockford, IL 61102-0000, Winn | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 7 | 1453 Andrews Ave., Rockford, IL 61102-0000, Winn | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 8 | 2713 Colorado Ave., Rockford, IL 61109-0000, Win | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 9 | 319 Foster Ave., Rockford, IL 61102-0000, Winneb | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 10 | 1109 S. Sunset, Rockford, IL 61102-0000, Winneba | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 11 | Deposits of money: Checking Acct - US Bank | 400.00 | 0.00 | | 0.00 | FA |
| 12 | Deposits of money: Savings Acct - Illinois Bank | 50.00 | 0.00 | | 0.00 | FA |
| 13 | Misc. Household Goods, furnishings & appliances | 1,000.00 | 0.00 | | 0.00 | FA |
| 14 | Debtor's Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | IRA: Entrust IRA | 88,000.00 | 0.00 | | 0.00 | FA |
| 16 | IRA: Inherited IRA | 480.00 | 0.00 | | 0.00 | FA |
| 17 | Ret. or Pension Acct.: YMCA Pension Fund | 114,000.00 | 0.00 | | 0.00 | FA |
| 18 | 10016 Kitten Lane Presque Isle, WI 54512 Vilas C | 360,000.00 | 360,000.00 | | 0.00 | FA |
| 19 | Household Goods furnishings & Appliances at Wisc | 1,250.00 | 1,250.00 | | 0.00 | FA |
| 20 | I Washer, Dryer and bed at Colorado Avenue Prope | 300.00 | 300.00 | | 0.00 | FA |
| 21 | Electronics | 750.00 | 750.00 | | 0.00 | FA |
| 22 | Old iPad, old printer, and cell phone | 125.00 | 125.00 | | 0.00 | FA |
| 23 | Baseball Glove | 10.00 | 10.00 | | 0.00 | FA |
| 24 | Jackson Annuity proceeeds (u) | 51,510.00 | 51,510.00 | | 51,510.90 | FA |
| 25 | 12' Aluminum Fishing Boat with 15 hp motor - 30 (u) | 150.00 | 150.00 | | 0.00 | FA |
| 26 | 618 N Sunset, Rockford, IL 61102, Winnebago | 14,000.00 | 12,000.00 | | 0.00 | FA |
| 26 | **Assets Totals** (Excluding unknown values) | **$987,025.00** | **$600,077.00** | | **$64,010.90** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 17-81020  
**Case Name:** SCHLEHUBER, GARY M.  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/28/17 (f)  
**§341(a) Meeting Date:** 06/15/17  

**Period Ending:** 03/14/18  
**Claims Bar Date:** 11/02/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Determined asset file, reviewed real estate records regarding 12 parcels to determine 2 parcels of interest;

Reviewed and passed on various motions for relief from stay, discovered hidden asset of Debtor, caused its turnover and the Debtor voluntarily waived discharge. Resolved issues regarding equity in residence and completed administration of the Bankruptcy Estate. The final report has been submitted to the U.S. Trustee's Office and it will be assumed filed with the court in January of 2018.

**Initial Projected Date Of Final Report (TFR):**    January 11, 2018          **Current Projected Date Of Final Report (TFR):**    January 11, 2018  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 17-81020  
**Case Name:** SCHLEHUBER, GARY M.  

**Taxpayer ID #:** **-***3202  
**Period Ending:** 03/14/18  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/06/17 | {24} | Gerald M Schlehuber | Jackson annuity proceeds | 1229-000 | 51,510.90 | | 51,510.90 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.33 | 51,456.57 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.41 | 51,375.16 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.42 | 51,303.74 |
| 10/30/17 | {1} | Gary M Schlehuber | homestead settlement agreement per court order   per court order 10/20/2017 | 1110-000 | 12,500.00 | | 63,803.74 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.71 | 63,725.03 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.65 | 63,633.38 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.47 | 63,544.91 |
| 02/05/18 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $131.13, Trustee Expenses;  Reference: | 2200-000 | | 131.13 | 63,413.78 |
| 02/05/18 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $6,450.55, Trustee Compensation;  Reference: | 2100-000 | | 6,450.55 | 56,963.23 |
| 02/05/18 | 103 | Attorney Craig A Willette | Dividend paid 100.00% on $625.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 625.00 | 56,338.23 |
| 02/05/18 | 104 | Attorney Joseph D Olsen | Dividend paid 100.00% on $3,920.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,920.00 | 52,418.23 |
| 02/05/18 | 105 | Lois Lutz | Dividend paid 51.35% on $60,000.00; Claim# 1 -2; Filed: $60,000.00; Reference: | 7100-000 | | 30,812.51 | 21,605.72 |
| 02/05/18 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid 51.35% on $1,967.86; Claim# 2; Filed: $1,967.86; Reference: | 7100-000 | | 1,010.58 | 20,595.14 |
| 02/05/18 | 107 | Discover Bank | Dividend paid 51.35% on $495.01; Claim# 3; Filed: $495.01; Reference: | 7100-000 | | 254.21 | 20,340.93 |
| 02/05/18 | 108 | Capital One, N.A. | Dividend paid 51.35% on $609.11; Claim# 4; Filed: $609.11; Reference: | 7100-000 | | 312.80 | 20,028.13 |
| 02/05/18 | 109 | Attorney J.F. Heckinger | Dividend paid 51.35% on $39,000.00; Claim# 5 -2; Filed: $39,000.00; Reference: | 7100-000 | | 20,028.13 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 64,010.90 | 64,010.90 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 64,010.90 | 64,010.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$64,010.90** | **$64,010.90** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 17-81020 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | SCHLEHUBER, GARY M. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3866 - Checking Account |
| Taxpayer ID #: | **-***3202 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 03/14/18 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 64,010.90 | | | | |
| | | Net Estate : | $64,010.90 | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******3866 | 64,010.90 | 64,010.90 | 0.00 |
| | $64,010.90 | $64,010.90 | $0.00 |